# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REV. CHARLES E. LARSEN *et al.*,          :
                                          :
                    Plaintiffs,           :
                                          :     Civil Action No.:     02-2005 (RMU)
          v.                              :
                                          :     Document No.:         63
THE UNITED STATES NAVY *et al.*,          :
                                          :
                    Defendants.           :

## MEMORANDUM OPINION

### DISMISSING THE PLAINTIFFS' CLAIM AS MOOT

Pursuant to the Judgment of the United States Court of Appeals for the District of

Columbia Circuit, the plaintiffs' claim is hereby dismissed as moot.  An order consistent with

this Memorandum Opinion is separately and contemporaneously issued this 12th day of August,

2008.


                                        RICARDO M. URBINA
                                        United States District Judge